UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN HEALTH RESEARCH GROUP, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> PATRICK PIZZELLA, Acting Secretary of Labor, et al., <br><br>     Defendants. | Civil Action No. 19-166 (TJK) |
| STATE OF NEW JERSEY, et al., <br><br>     *Plaintiffs*, <br><br> v. <br><br> PATRICK PIZZELLA, Acting Secretary of Labor, et al., <br><br>     Defendants. | Civil Action No. 19-621 (TJK) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD APPENDIX**

Pursuant to Local Rule 7(n), plaintiffs file the attached appendix, in seven volumes, containing those portions of the administrative record that are cited in the parties' memoranda in support of or in opposition to the pending cross-motions for summary judgment in these related cases. All parties have agreed to the contents of the appendix.

Dated: September 20, 2019 Respectfully submitted,

| | |
|---|---|
| */s/ Michael T. Kirkpatrick* | GURBIR S. GREWAL |
| Michael T. Kirkpatrick (D.C. Bar No. 486293) | Attorney General of New Jersey |
| Allison M. Zieve (D.C. Bar No. 424786) | s/ *Glenn J. Moramarco* |
| Public Citizen Litigation Group | GLENN J. MORAMARCO |
| 1600 20th Street NW | Assistant Attorneys General |
| Washington, DC 20009 | (admitted 2/27/2019) |
| (202) 588-1000 | ERIC L. APAR |
| *Counsel for Plaintiffs Public Citizen* | (admitted 2/26/2019) |
| *Health Research Group, American* | ELSPETH FAIMAN HANS |
| *Public Health Association, and* | (admitted 1/24/2019) |
| *Council of State and Territorial* | Deputy Attorneys General |
| *Epidemiologists* | New Jersey Attorney General's Office |
| | Richard J. Hughes Justice Complex |
| | 25 Market Street |
| | Trenton, NJ 08625 |
| | (609) 376-3235 |
| | Glenn.Moramarco@law.njoag.gov |
| | *Attorneys for Plaintiff State of New Jersey* |
| | |
| KWAME RAOUL | Brian E. Frosh |
| Attorney General of Illinois | Attorney General of Maryland |
| s/ *Harpreet Khera* | s/ *Leah J. Tulin* |
| HARPREET KHERA | Leah J. Tulin |
| Deputy Bureau Chief | Jeffrey P. Dunlap |
| ELIZABETH ROBERSON-YOUNG | Assistant Attorneys General |
| Public Interest Counsel | Office of the Attorney General |
| AARON WENZLOFF | 200 Saint Paul Place, 20th Floor |
| Assistant Attorney General | Baltimore, Maryland 21202 |
| 100 West Randolph Street, 12th Floor | (410) 576-7906 |
| Chicago, IL 60601 | ltulin@oag.state.md.us |
| (312) 814-3000 | jdunlap@oag.state.md.us |
| AWenzloff@atg.state.il.us | *Attorneys for Plaintiff State of Maryland* |
| *Attorneys for Plaintiff State of Illinois* | |

MAURA HEALY
Attorney General of Massachusetts
s/ *Amy L. Goyer*
AMY L. GOYER
Assistant Attorney General
Massachusetts Attorney General's Office
105 William Street
New Bedford, MA 02740
(617) 963-2319
Amy.Goyer@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General of Minnesota
s/ *Christie B. Eller*
CHRISTIE B. ELLER
Deputy Attorney General of Minnesota
JONATHAN D. MOLER
Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
(651) 757-1330
jonathan.moler@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

LETITIA JAMES
Attorney General of New York
s/ *Matthew Colangelo*
MATTHEW COLANGELO
Chief Counsel for Federal Initiatives
D.C. Bar No. 997893
RENIKA MOORE
Bureau Chief, Labor
JULIE ULMET
Assistant Attorneys General
28 Liberty St., 19th Floor
New York, NY 10005
(212) 416-6305
Matthew.Colangelo@ag.ny.gov
*Attorneys for Plaintiff the State of New York*